IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GERALYN S. BUELL              :
                              :
v.                            :   Civil Action WMN-97-2302
                              :
ANOTHONY M. SHORE, et al.     :

ORDER

Before the Court is Plaintiff's Motion in Limine to exclude evidence regarding an after-the-fact investigation (Paper No. 79). Defendants have indicated to the undersigned during a pre-trial conference on February 17, 2000, that they do not oppose this motion and will not introduce such evidence.

Accordingly, IT IS this 17th day of February, 2000, by the United States District Court for the District of Maryland, ORDERED:

1. That Plaintiff's Motion in Limine to exclude evidence regarding an after-the-fact investigation (Paper No. 79) is hereby DENIED as MOOT; and

2. That the Clerk of the Court shall mail or transmit copies of this Order to all counsel of record.

William M. Nickerson
United States District Judge