IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
AT BALTIMORE

| | | |
|---|---|---|
| GERALYN S. BUELL | * | |
| Plaintiff | * | |
| vs | | CIVIL NO. WMN-97-2302 |
| | * | |
| MONTOGMERY COUNTY REVENUE AUTHORITY | * | |
| and | * | |
| MONTGOMERY COUNTY | * | |
| Defendants | * | |

ORDER OF JUDGMENT

The Jury having returned a verdict in favor of plaintiff Geralyn Buell against the defendants Montgomery County Revenue Authority and Montgomery County,

It is, this 3rd day of March 2000,

ORDERED

1. That judgment is entered in favor of Plaintiff Geralyn Buell in the amount of $135,000.00 for back pay and $365,000.00 for compensatory damages against Defendants Montgomery County Revenue Authority and Montgomery County,

2. Any and all prior rulings made by this Court disposing of any claims against any parties are incorporated by reference herein, and this Order shall be deemed to be a final Judgment within the meaning of Fed. R. Civ. P. 58.

J. FREDERICK MOTZ
CHIEF, U.S. DISTRICT JUDGE