IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GERALYN S. BUELL

    Plaintiff

vs                                       CIVIL NO. WMN-97-2302

MONTGOMERY COUNTY REVENUE
AUTHORITY

    Defendant

## AMENDED ORDER OF JUDGMENT

The Jury having returned a verdict in favor of plaintiff Geralyn Buell against the defendant Montgomery County Revenue Authority,

It is, this 9th day of March 2000,

ORDERED

1. That judgment is entered in favor of Plaintiff Geralyn Buell in the amount of $135,000.00 for back pay and $365,000.00 for compensatory damages against Defendant Montgomery County Revenue Authority,

2. Any and all prior rulings made by this Court disposing of any claims against any parties are incorporated by reference herein, and this Order shall be deemed to be a final Judgment within the meaning of Fed. R. Civ. P. 58.

WILLIAM M. NICKERSON
U.S. DISTRICT JUDGE