IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GERALYN S. BUELL,

    Plaintiff,

v.                              CIVIL ACTION NO. WMN-97-2302

MONTGOMERY COUNTY
REVENUE AUTHORITY,

    Defendant.

**JUDGMENT ORDER**

In accordance with the Memorandum Opinion entered this day, the court hereby ORDERS as follows:

1. Defendant's motion to amend the judgment is GRANTED and the jury's award of $365,000.00 is reduced to $50,000.00 to comply with the statutory cap.

2. Defendant's motion for a new trial or to reduce the compensatory damage and backpay awards is DENIED.

3. Plaintiff's motion for attorneys' fees and expenses is GRANTED in part and DENIED in part.

4. Plaintiff's motion for pre-judgment interest is DENIED.

5. Plaintiff's motion for post-judgment interest is GRANTED.

6. Plaintiff's motion for reconsideration, or alternatively, for an award of front pay is DENIED.

7. Plaintiff's motion for a supplemental award of attorneys' fees is GRANTED.

8. Plaintiff's motion to add interest to her attorneys' fee award is GRANTED.

Judgment is hereby entered in favor of the plaintiff in the amount of $50,000.00 in compensatory damages and $135,000.00 in back pay, plus post-judgment interest. Plaintiff is awarded a total of $376,010.00 in attorneys' fees and expenses, composed of the following:

    1) $322,998.75 in attorneys' fees, as calculated in the court's September 14, 2000 Memorandum Opinion;

    2) $18,744.75 in expenses, as calculated in the September 14, 2000 Memorandum Opinion;

    3) $12,663.00 for preparation of the original fee petition, as calculated in the September 14, 2000 Memorandum Opinion; and

    4) $21,603.50 in supplemental attorneys' fees, as calculated in the Memorandum Opinion accompanying this Judgment Order.

TOTAL attorneys' fees and expenses: $376,010.00.

Plaintiff is entitled to interest on her award of attorneys' fees and expenses; such interest shall accrue from the date of this Judgment Order.

The Clerk is directed to remove this action from the docket of the court. The Clerk is further directed to send certified copies of this Judgment Order and a copy of the Memorandum Opinion to all counsel of record.

IT IS SO ORDERED this 27th day of July, 2001.

                            ENTER:

                            _____
                            David A. Faber
                            United States District Judge